IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**JOHN W. HARRIS,**

    **Plaintiff,**

v.                                   Case No.  4:16cv171-MW/CAS

**GEICO, KATIE ROSS,
and DEREK CLYDE ADAMS'
ESTATE,**

    **Defendants.**
_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation.  ECF No. 7.   Upon consideration, no objections having been filed by the parties,

IT IS ORDERED:

The report and recommendation is **accepted and adopted** as this Court's opinion.  This case is transferred to the United States District Court for the Middle District of Florida, Jacksonville Division, for further proceedings.  The Clerk shall take all steps necessary to effect the transfer and close the file.

SO ORDERED on June 13, 2016.

                                                s/Mark E. Walker   
                                              **United States District Judge**